

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Suzonne Franks,                              * From the 91st District Court
                                               of Eastland County,
                                               Trial Court No. CV2246427.

Vs. No. 11-23-00154-CV                       * May 30, 2025

The Texas Comptroller of Public              * Opinion by Bailey, C.J.
Accounts and Glenn Hegar, in his               (Panel consists of: Bailey, C.J.,
Official Capacity,                             Trotter, J., and Williams, J.)


        This court has inspected the record in this cause and concludes that there is no
error in the judgment below.   Therefore, in accordance with this court's opinion,
the judgment of the trial court is in all things affirmed.   The costs incurred by
reason of this appeal are taxed against Suzonne Franks.